1  Fred Norton (SBN 224725)
2  Bree Hann (SBN 215695)
   Matt Turetzky (SBN 280997)
3  THE NORTON LAW FIRM PC
   299 Third Street, Ste 106
4  Oakland, California 94607
5  Telephone: (510) 906-4900
   Fax: (510) 906-4910
6  fnorton@nortonlaw.com
   bhann@nortonlaw.com
7  mturetzky@nortonlaw.com

8
   Attorneys for TESLA, INC.
9

10
11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13
                                                    **CASE NO.**
14
     TESLA, INC., a Delaware corporation,           **PLAINTIFF TESLA, INC.'S**
15                                                   **CERTIFCATION OF INTERESTED**
                          Plaintiff,                **ENTITIES OR PERSONS AND**
16                                                   **CORPORATE DISCLOSURE**
         v.                                         **STATEMENT**
17
18   GUANGZHI CAO, an individual,
                                                    Date:
19                        Defendant.                Time:
                                                    Location:
20                                                  Judge:
                                                    Date Filed: March 21, 2019
21                                                  Trial Date: Not Set
22
23
24
25
26
27
28

1      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorneys of

2  record for Plaintiff Tesla, Inc. ("Tesla") certify that Tesla has no parent corporation and that to

3  Tesla's knowledge, no public corporation owns more than 10% of its stock.

4      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

5  named parties, there is no such interest to report.

6

7  Dated:  March 21, 2019                                    THE NORTON LAW FIRM PC

8

9                                                 By: _____*/s/ Fred Norton*_____

10                                                       Fred Norton
                                                         Attorneys for Plaintiff
11                                                       Tesla, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PLAINTIFF TESLA, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS AND
CORPORATE DISCLOSURE STATEMENT