1  MARK R. CONRAD (CA Bar No. 255667)
   GABRIELA KIPNIS (CA Bar No. 284965)
2  **CONRAD & METLITZKY LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:   (415) 343-7100
4  Fax:   (415) 343-7101
   Email: mconrad@conradmetlitzky.com
5  Email: gkipnis@conradmetlitzky.com

6  Attorneys for Defendant GUANGZHI CAO

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 TESLA, INC., a Delaware corporation,    CASE NO. 19-cv-01463-VC

          Plaintiff,
13
                                            **STIPULATION FOR EXTENSION OF TIME TO
     v.                                     RESPOND TO THE COMPLAINT**
14
   GUANGZHI CAO, an individual,
15
          Defendant.
16

1  WHEREAS, Plaintiff Tesla Inc. filed a Complaint with this Court on March 21, 2019;

2  WHEREAS, Plaintiff Tesla Inc. served a Summons on Defendant Guangzhi Cao on March 22, 2019;

4  WHEREAS, the parties perviously stipulated to extend Defendant Cao's deadline to respond to the Complaint to May 10, 2019;

6  WHEREAS, the parties agree that additional time is appropriate for Defendant Cao to respond to the Complaint;

8  WHEREAS, further extending the deadline for Defendant Cao to respond to the Complaint until June 10, 2019 will not alter the date of any event or any deadline already fixed by Court order;

10  IT IS HEREBY STIPULATED by the parties, pursuant to Civil L.R. 6-1(a), that the time for Defendant Cao to respond to the Complaint is extended until June 10, 2019. By her signature below, counsel for Defendant Cao hereby attests that all parties listed below concur in the filing of this document.

Date:   May 3, 2019                    CONRAD & METLITZKY LLP

                                       */s/ Gabriela Kipnis*
                                       MARK CONRAD
                                       GABRIELA KIPNIS
                                       Attorneys for Guangzhi Cao

Date:   May 3, 2019                    THE NORTON LAW FIRM

                                       */s/ Fred Norton*
                                       FRED NORTON
                                       Attorneys for Tesla Inc.