MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Defendant GUANGZHI CAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GUANGZHI CAO, an individual,<br><br>    Defendant. | CASE NO. 3:19-cv-01463<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT GUANGZHI CAO, N.D. CAL. CIV. L.R. 3-15** |

1 |       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 18, 2019             Respectfully submitted,

                                         CONRAD & METLITZKY LLP

                                         */s/ Mark R. Conrad*
                                         MARK R. CONRAD
                                         GABRIELA KIPNIS
                                         Attorneys for Defendant Guangzhi Cao