MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Defendant GUANGZHI CAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | CASE NO. 19-cv-01463-VC |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| GUANGZHI CAO, an individual, | |
| Defendant. | |

1    WHEREAS, Plaintiff Tesla Inc. filed a Complaint with this Court on March 21, 2019, *see* Dkt.

2    No. 1;

3    WHEREAS, Plaintiff Tesla Inc. served a Summons on Defendant Guangzhi Cao on March 22,

4    2019, *see* Dkt. No. 7;

5    WHEREAS, the parties previously stipulated to extend Defendant Cao's deadline to respond to

6    the Complaint to July 1, 2019, *see* Dkt. Nos. 13, 16, 17 & 24;

7    WHEREAS, the parties agree that additional time is appropriate for Defendant Cao to respond to

8    the Complaint;

9    WHEREAS, further extending the deadline for Defendant Cao to respond to the Complaint until

10   June July 8, 2019 will not alter the date of any event or any deadline already fixed by Court order;

11   IT IS HEREBY STIPULATED by the parties, pursuant to Civil L.R. 6-1(a), that the time for

12   Defendant Cao to respond to the Complaint is extended until July 8, 2019. By the signature below,

13   counsel for Defendant Cao hereby attests that all parties listed below concur in the filing of this

14   document.

15

16   Date:   July 1, 2019                           CONRAD & METLITZKY LLP

17

18                                                  */s/ Mark R. Conrad*
                                                    MARK R. CONRAD
19                                                  GABRIELA KIPNIS
                                                    Attorneys for Guangzhi Cao
20

21   Date:   July 1, 2019                           THE NORTON LAW FIRM

22

23                                                  */s/ Fred Norton*
                                                    FRED NORTON
24                                                  Attorneys for Tesla Inc.

25

26

27

28