Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 106
Oakland, California 94607
Tel: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Plaintiff*
TESLA, INC.

MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:  (415) 343-7100
Fax:  (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

*Attorneys for Defendant*
GUANGZHI CAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GUANGZHI CAO, an individual,<br><br>    Defendant. | CASE NO. 19-cv-01463-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    December 11, 2019<br>Time:    10:00 a.m.<br>Place:   17th Floor, Courtroom 4<br>Judge:   Hon. Vince Chhabria |

CASE NO. 19-CV-01463-VC                                JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-entitled action jointly submit this Joint Case Management Conference Statement pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9.

This Case Management Conference Statement is intended to supplement the information contained in the parties' first Case Management Conference Statement submitted on July 10, 2019, *see* Dkt. No. 30, and therefore it includes information pertaining only to those items that have changed since the first Case Management Conference Statement was filed.

**1. Amendment of Pleadings**

The deadline for amending the pleadings was September 3, 2019.

**2. Disclosures**

The parties exchanged initial disclosures on August 16, 2019. On September 12, 2019, Tesla amended its disclosures. Tesla amended its disclosures again on November 18, 2019.

**3. Discovery**

    **a. Written Discovery**

        i. **Tesla's Requests to Cao**

As described in the parties' first Case Management Conference Statement, Mr. Cao initially provided Tesla with early discovery pursuant to stipulation, including access to his electronic devices and his Gmail account. He also consented for Tesla to obtain discovery from non-parties XMotors.ai and Apple, Inc.

On September 12, 2019, Tesla propounded its first formal set of requests for admission and interrogatories. Cao served timely responses to those requests. On October 22, 2019, Tesla propounded its second set of interrogatories and first set of requests for production of documents. Cao served timely responses to those requests too and produced all documents responsive to those requests. Cao has now produced all devices and essentially all non-privileged documents responsive to Tesla's requests, as narrowed by meet and confer discussions. Cao does not anticipate supplementing his interrogatory responses.

        ii. **Cao's Requests to Tesla**

On August 6, 2019, Cao propounded his first set of requests for production of documents and interrogatories. In September 2019, Tesla responded to those requests and made its first document production. Between October and December, Tesla made three additional document productions and supplemented its interrogatory responses twice. Tesla anticipates making an additional production of documents before the Case Management Conference.

### b. Depositions

On October 29, 2019, Cao took the deposition of Tesla employee Melissa Hoang. The parties have agreed that the deposition of Guangzhi Cao is to take place on January 7, 2020.

### c. Third Party Discovery

As described in the parties' first Case Management Conference Statement, non-party XMotors.ai initially volunteered to produce to Tesla a digital image of Mr. Cao's work laptop. On November 6, 2019, Tesla served a subpoena for documents on XMotors.ai. Objections were initially due on November 20, 2019 and documents were initially due on November 27, 2019. XMotors.ai requested and Tesla agreed to extend the objection deadline to December 4, 2019 and the deadline to produce responsive documents to December 11, 2019.

XMotors.ai and Tesla are meeting and conferring about Tesla's requests. Tesla will further advise the Court regarding the status of XMotors.ai's response to Tesla's subpoena at the Case Management Conference.

## 4. Settlement and ADR

The parties conducted a private mediation at JAMS in San Francisco on November 20, 2019. The parties' settlement negotiations are ongoing.

## 5. Scheduling

Pursuant to the Court's July 11, 2019 Case Management Order, the schedule for this case is as follows:

| | |
|---|---|
| Fact discovery deadline | Feb. 28, 2020 |
| Designation of experts | Mar. 27, 2020 |
| Rebuttal reports | Apr. 10, 2020 |
| Close of expert discovery | May 1, 2020 |
| Last day to hear dispositive motions | July 16, 2020 |

| Final Pretrial Conference | Aug. 24, 2020 at 1:30PM |
| Trial | Sept. 14, 2020 at 8:30AM |

Date:   December 4, 2019                         CONRAD & METLITZKY LLP


                                                 */s/ Gabriela Kipnis*
                                                 MARK CONRAD
                                                 GABRIELA KIPNIS
                                                 Attorneys for Guangzhi Cao


Date:   December 4, 2019                         THE NORTON LAW FIRM PC


                                                 */s/ Matthew W. Turetzky*
                                                 FRED NORTON
                                                 BREE HANN
                                                 MATTHEW W. TURETZKY
                                                 Attorneys for Tesla Inc.

**DECLARATION OF CONSENT**

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: December 4, 2019                    /s/ *Matthew W. Turetzky*
                                           Matthew W. Turetzky