# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 5

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4  TESLA, INC., a Delaware

5  corporation,

6          Plaintiff,

7  vs.                          Case No. 19-cv-01463-VC

8  GUANGZHI CAO, an individual,

9          Defendant.

10 ----------------------------/

11

12

13

14

15     VIDEOTAPED DEPOSITION OF GUANGZHI CAO

16          Oakland, California

17        Tuesday, January 7, 2020

18

19

20

21

22  Reported by:

23  JANIS JENNINGS

24  CSR No. 3942, CLR, CCRR

25  Job No. 174305

1

2

3

4

5

6

7

8

9          VIDEOTAPED DEPOSITION OF GUANGZHI CAO, taken

10   on behalf of the Plaintiff, at The Norton Law Firm,

11   299 Third Street, Suite 106, Oakland, California,

12   beginning at 9:43 a.m. Tuesday, January 7, 2020, before

13   Janis Jennings, Certified Shorthand Reporter No. 3942,

14   CLR, CCRR.

15

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2

 3       For Plaintiff:

 4           THE NORTON LAW FIRM

 5           299 Third Street

 6           Oakland, California  94607

 7           BY:  FRED NORTON, ESQ.

 8                MATTHEW TURETZKY, ESQ.

 9

10

11       For Defendant:

12           CONRAD & METLITZKY

13           Four Embarcadero Center

14           San Francisco, California  94111

15           BY:  MARK CONRAD, ESQ.

16                GABRIELA KIPNIS, ESQ.

17

18

19       Also Present:

20           CANDICE JACKSON, ESQ., Tesla, Inc.

21           MADISON BUTKO, Videographer

22

23

24

25
```

1  was still at Tesla.

2     Q.    All right.   Is this the copy of your resume

3  that you provided to a person named Alex Ren at

4  TalentSeer?

5     A.    Probably.

6     Q.    And did you prepare your resume yourself?

7     A.    Yes.

8     Q.    And was the information on your resume

9  accurate?

10        MR. CONRAD:   Objection.   Compound.   Vague.

11  BY MR. NORTON:

12     Q.    You can answer my question.

13     A.    I think so.

14     Q.    You have "Ph.D.," and it says here, "ECE."

15  What is "ECE"?

16     A.    It stands for Electrical and Computer

17  Engineering.

18     Q.    And can -- this may be one of my obvious

19  questions.   Can you just explain what electrical

20  computer engineering is as a discipline.

21     A.    It's a field that -- dealing with electric

22  signal, radio signal and image and computer

23  architecture, all the computer-related technologies.

24     Q.    And your -- throughout your professional

25  career, have you been working in computer

1    Q.   And why did you leave?

2    A.   Because Apple approached me and told me they

3 are -- they were working on a really exciting

4 project, and I thought that, yeah, that did sound

5 quite exciting to me.  So I decided to move to

6 California and join Apple.

7    Q.   All right.  So did you go directly from GE

8 Healthcare to Apple?

9    A.   Yes.

10   Q.   And what was your job at Apple?

11   A.   I was working as an image scientist at

12 Apple, and my job was developing at that time a

13 next-generational camera for iPhone.

14   Q.   And did you, in fact -- while you were

15 working at Apple, did you, in fact, succeed in

16 developing a camera for the iPhone?

17   A.   Yes.  It actually ended as the first

18 generation of dual camera in iPhone.  I believe it

19 was iPhone 7 Plus, so that's the first iPhone that

20 had two cameras on the iPhone.

21   Q.   I'm sorry.  That was the first dual camera;

22 is that what you said?

23   A.   Yes.

24   Q.   All right.  Thank you.

25        And how long were you at Apple?

1  home?

2      A.   Right.

3      Q.   And we're talking about the -- the personal

4  computer is an -- is an iMac; correct?

5      A.   Yes.

6      Q.   And we're going to talk about that in more

7  detail, but it's the iMac?

8      A.   Yes.

9      Q.   All right.  And throughout the time that you

10  were working at Tesla, was there one iMac at your

11  home?

12      A.   Yes.

13      Q.   Why was it not possible for you to access

14  source code on the Tesla servers using your home

15  iMac?

16      A.   I never tried, but by default I think

17  that -- that for the internal device you needed to

18  install a VPN application in that -- in that device

19  so you could access the -- the -- the Tesla network.

20      Q.   And you did use your Tesla laptop from time

21  to time to access the VPN; correct?

22      A.   Yes.

23      Q.   All right.  And you could also use your iMac

24  to access the Tesla servers using the EPN -- the

25  VPN; yes?

1          MR. CONRAD:  Objection.  Calls for

2   speculation.

3          THE WITNESS:  I could.

4   BY MR. NORTON:

5      Q.   Okay.  But you never did?

6      A.   Right.

7      Q.   So what did -- what was the -- in order

8   to -- I apologize.

9          How long was that the case that you were

10  unable to access source code from home using your

11  iMac?

12     A.   I do not remember how long was that.

13     Q.   Okay.  But at some point that changed?

14     A.   Yes.

15     Q.   Right.

16          And how -- how did it change?  How did you

17  get access to source code on your home computer?

18     A.   As I said, I think there were one -- there

19  were one time I -- I really wanted to refer to the

20  source code when I was thinking about some --

21  some -- some problem in work and I tried to

22  understand what was going on exactly.  I don't know

23  when was that.

24          But then it came to me as an idea, like, if

25  I had that source code in-house as a resource I

1  then?

2      A.    No.   As I said, I was working on all of the

3  major source computer -- repository, so it should

4  be -- I guess it should be all of them.

5      Q.    Now, where did you get the source code files

6  in order to put them into the iCloud Drive?

7      A.    I have all the source code repository in my

8  Tesla MacBook.

9      Q.    In fact, you had cloned the entire source

10 code repository to your Tesla laptop previously;

11 correct?

12     A.    Yeah.   I think everyone did so.

13     Q.    That's -- that's the standard practice,

14 right, is you clone the source code repositories to

15 your work-issued local machine; right?

16     A.    Yes.

17     Q.    And, in fact, that's what you did at Apple

18 too; right?   When you wanted to work on source code

19 at Apple, you cloned it to your Apple-issued device;

20 right?

21     A.    Yes.

22     Q.    And that was how you were able to work on it

23 remotely; correct?

24     A.    Correct.

25     Q.    Now, did you tell anybody that you were

1  everything on Amazon --

2      A.   Right.

3      Q.   -- and if you're one of those people, then

4  it's an easy answer.  Some people buy things on --

5      A.   Recently I did buy a lot of stuff on Amazon.

6  I mean, we become a Prime member in the last two

7  years.  But -- but this one, I -- I think we bought

8  it a really long time ago.

9      Q.   Okay.  And paragraph 3 is the devices that

10 might have stored source code, et cetera.

11          You had the one Apple laptop, the one iMac,

12 the one Seagate, the one Western Digital.  Did you

13 have one of these thumb drives?

14     A.   Excuse me.  Sort of -- it -- what are you

15 talking about, the number g --

16     Q.   Well, just, like -- as we're going through

17 it, each of these items, there's -- there's --

18 item a, there's one cell phone; right?  There's --

19 item b, there's one cell phone.

20     A.   Uh-huh.

21     Q.   There's one iMac.  And, you know, I asked if

22 you previously had, you know, other computers.  I'm

23 trying to understand.  Did you have other thumb

24 drives, or was this the one thumb drive you had?

25     A.   This is the only one I -- I can recollect.

1    the job?

2        A.   I mean, I would -- I was interested to know

3    more at that point.

4        Q.   Okay.  So if we go back to Exhibit 36.  You

5    can set aside the text messages for now.  36 is the

6    interrogatory responses.

7             It says:

8             "Through that recruiter, the Defendant

9             was connected with Xinhou Wu."

10            Am I saying that almost correctly?

11       A.   Actually, there -- there is a spelling

12   error.  It's Xinzhou, X-i-n-z-h-o-u.

13       Q.   Okay.

14       A.   Yeah.

15       Q.   So Xinzhou -- Again, I won't get it right,

16   but Xinzhou Wu?

17       A.   Yes.

18       Q.   Okay.  So this says on or around November 17

19   you spoke to Mr. Wu.  Did you speak to Mr. Wu

20   before -- before November 17?

21       A.   No, I don't remember any conversation before

22   that.

23       Q.   Did you speak to anybody else at XMotors

24   before you spoke to Mr. Wu?

25       A.   I said I spoke to them in June --

1     Q.   I'm sorry.  Between this November 10 meeting

2  and this November 17 meeting -- between the

3  November 10 outreach with Mr. Ren and the

4  November 17 meeting with Mr. Wu, did you speak to

5  anyone else at XMotors?

6     A.   I believe not.

7     Q.   Okay.  Now, where -- did you actually meet

8  with Mr. Wu in person?

9     A.   No.  We were talking on the phone.

10    Q.   Was it a video conference or audio phone

11 call, or how did you do it?

12    A.   It's a phone call, I believe.

13    Q.   How long did the phone call last?

14    A.   I do not remember how long exactly were

15 that.

16    Q.   Did you provide a resume before this phone

17 call?

18    A.   I -- that was my impression.

19    Q.   Did you provide any other materials?

20    A.   Definitely not.

21    Q.   Sorry?

22    A.   Definitely not.

23    Q.   "Definitely not."  Okay.

24    A.   I think he asked for my resume before he --

25 he -- he started talking to me through the

```
 1              "Mr. Wu extended an oral offer of

 2              employment to Mr. Cao with a proposed

 3              compensation package..."

 4         Between the date that you spoke to Mr. Wu on

 5    November 17th and receiving the oral offer of

 6    employment, did you speak to any other people at

 7    XMotors about the job?

 8    A.   No, I don't think so.

 9    Q.   Did you -- were there any other

10    conversations or communications of any kind between

11    Mr. Wu and you between November 17th and when they

12    offered you a job with a compensation package?

13    A.   I -- I don't think so.

14    Q.   What were the terms of that initial offer in

15    terms of compensation?
```

████████████████████████████████

███████████████████████████████

██████████████████████████████████

███████████████████████████████████

██████████████████████████████████

██████████████████

```
22    Q.   Did the initial oral offer include a signing

23    bonus?

24    A.   I believe so.

25    Q.   And that initial offer, that was
```

1  BY MR. NORTON:

2      Q.   Exhibit 37, for the record, this is a WeChat

3  message thread in Chinese with an English

4  translation and with a certification all as one

5  document, and so there are slip sheets separating

6  them.

7          And so, Dr. Cao, I'm going to direct you to

8  the English version.  If you feel the need to go

9  back and look at the Chinese for some reason, of

10  course you can, but my questions will all refer to

11  the English.  And so looking at -- and their Bates

12  numbers are reproduced on both sets, so the

13  pagination should be the same.

14          Now, who is Cindy or Dan Chen?

15     A.   She -- at that time she was the HR manager

16  for the autonomy driving group at Xpeng.

17     Q.   Xpeng is XMotors?

18     A.   Yeah.  "Xpeng" is the XMotors -- I think the

19  headquarters name.

20     Q.   So if we look at the very first page of the

21  English version, so page 131, you indicate -- I

22  prefer to use people's formal names.  Should I refer

23  to her as Miss Dan or Miss Chen or neither?

24     A.   Do you -- do you mean last name?

25     Q.   Yes.

```
 1      A.    Chen.

 2      Q.    Miss Chen.  Thank you.

 3      A.    Chen.

 4      Q.    So Miss Chen writes -- or you write to

 5  Miss Chen that you decided to "go visit you next

 6  week"; is that right?

 7      A.    Yes.

 8      Q.    And that's a reference to your -- your

 9  anticipated trip to China to visit XMotors; correct?

10      A.    Correct.

11      Q.    All right.  And then I'm going to flip

12  forward several pages to page 137.  And on page 137

13  Miss Chen writes to you that she has a suggestion.

14  And she says:

15            "So we want to organize a business

16            exchange between you and the Zhiguang

17            team.  Do you think there are any

18            ready-made business thoughts or

19            materials about which you can discuss

20            and exchange with Xpeng or the

21            domestic team?"

22      A.    Let me refer to the Chinese versions first.

23      Q.    And the page numbers should correspond.

24      A.    What was your question?

25      Q.    I was just making sure that you had seen
```

1  that.

2      A.   Yes.

3      Q.   And then you responded, and that's on the

4  next page.

5           And on page 138 it says -- you said:

6           "One of the purposes of this trip is

7           to communicate with Zhiguang and his

8           team.  I may not have enough time to

9           prepare the formal materials, but I

10          will have some ideas to share and

11          communicate with you.  I will talk

12          about my own views on how we can

13          gradually realize self driving on

14          mass production cars."

15          What did you mean by "prepare formal

16  materials"?

17     A.   I -- I think what she meant was, like,

18  PowerPoint presentation.  I can make a presentation

19  for the team, something like that.  So I was telling

20  her I don't have time to prepare any, like,

21  presentation material.

22     Q.   So did you, in fact, prepare any materials

23  to bring with you on your XMotors trip?

24     A.   I believe not.  I -- I thought about -- all

25  I prepared was in my mind I tried to formulate how I

1  can, like, present my own view of, like, long-term

2  paths to autonomous driving.

3      Q.   Right.

4           In the next sentence you wrote:

5           "I will talk about my own views on

6           how we can gradually realize self

7           driving on mass production cars."

8           Are those the views you were just referring

9  to?

10     A.   Yes.  But the translation was not perfect.

11 I didn't say "we can."  I mean, I would say how --

12 how can -- how can, like, one gradually realize

13 self-driving.

14     Q.   So at this time you anticipated that you

15 were going to provide your views on how one could

16 gradually realize self-driving on mass production

17 cars?

18     A.   Yes.

19     Q.   And did you, in fact, prepare thoughts on

20 that?

21     A.   No.  In the flight I -- I thought about -- I

22 mean, I kind of tried -- thought about how I can,

23 like, express myself, but all the thoughts were kind

24 of -- were already there, like it's kind of my

25 understanding of the industry.

1    Q.   Sure.  All right.  And that understanding of

2  the industry, how did you develop that

3  understanding?

4    A.   You're a engineer in a certain field.  You

5  gradually, like, I mean, grow your thought with more

6  experience, more reading, more talking, more

7  communication.  You -- you gain your -- your own

8  thought on the industry.

9    Q.   Okay.  So as a result of your experience

10  working on autonomous driving in your role at Tesla,

11  you had developed some thoughts about how one could

12  gradually realize self-driving on mass production

13  cars?

14    A.   My work at Tesla was kind of part of how I

15  can gain this kind of experience and thoughts.

16    Q.   And then you go on to say:

17         "During the last exchange with Zhiguang,

18         he mentioned that he would share some of

19         their last experiences in automatic

20         parking."

21    A.   Could you -- sorry.  I didn't --

22    Q.   Again, it's right here on the page.

23         "During the last exchange with Zhiguang,

24         he mentioned that he would share some of

25         their last experiences in automatic

1          parking."

2          My question to you is:  When was that

3   exchange with Zhiguang?

4     A.   I believe if -- when I decided to go to -- I

5   think it was a time I -- I -- I decided to go to

6   visit China.  So -- so we had a phone call, say,

7   tried to get to know each other, so about he would

8   try to welcome me to Guangzhou.

9     Q.   Okay.  That was -- that was a telephone

10  call?

11    A.   I believe so.

12    Q.   It was a video conference or telephone?

13    A.   I do not remember it's a video or just

14  telephone.

15    Q.   Were there any other communications you had

16  with XMotors personnel between receiving the offer

17  of employment with the compensation package and

18  actually going to China?

19    A.   I do not remember.  I mean, this -- except

20  this one, I do not -- do not remember any other

21  conversations.

22    Q.   So then if we go forward to page 144, there

23  is a chart there.  And you said they had scheduled a

24  full day for you?

25    A.   Yes.

1     Q.   And is this the day that they had scheduled

2   for you?

3     A.   Yes.

4     Q.   And did the day -- did the day that you

5   spent at XMotors on December 7th, 2018 -- did it

6   correspond to this schedule?

7     A.   I believe so.

8     Q.   Okay.  Did you have any meetings with people

9   at XMotors that are not reflected on this schedule?

10    A.   I do not remember anyone who was not on this

11  list.

12    Q.   Okay.  When you -- so it appears that for an

13  hour you met one-on-one with Xiaopeng?

14    A.   Yes.

15    Q.   And that's the founder and CEO of XMotors?

16    A.   Yes.

17    Q.   And do you recall what you talked about?

18    A.   I believe what I talked about is, again, the

19  topic we just talked about, kind of my own view --

20  my own view of the paths towards long-term goal

21  autonomous driving.  I also -- I think then he

22  shared his view on the same topic.

23         Then -- then I -- mostly for me to ask

24  questions, because I -- that's the goal of my visit.

25  So I was asking him what was his expectation on the

1  U.S. team and what -- and I were asking why he

2  thought XMotors will be -- Xpeng will be successful,

3  because it's a competitive industry.  And I was

4  asking him to tell me what -- what thing he will do

5  to -- to make Xpeng a successful company.

6          I think pretty much that -- so I spent some

7  time talking about my thought.  The rest of the time

8  I would try to ask him questions so I can be

9  convinced it's a -- it's a company with potential.

10  Q.  What did you tell -- what did you tell him

11  about -- specifically what did you tell him about

12  how one could achieve self-driving on

13  mass-production cars?

14  A.  I think what -- I believe what I told him

15  is, like, deep learning or AI is -- I think is

16  important as a very big component if you want to

17  achieve autonomous driving.  I think the -- the

18  hardware platform in the vehicle -- I think it would

19  be important.  And I think I told him the -- it's

20  important to have a lot of data so we can train

21  network.

22          (Clarification requested by reporter.)

23          THE WITNESS:  Train, like, neural

24  network -- network.

25          MR. NORTON:  "So we can train the neural

1  network"?

2         THE WITNESS:  Yes.  I mean, good neural

3  network.  You can train, I mean, with -- with crap,

4  but in order to train a good neural network.

5  BY MR. NORTON:

6     Q.   How much time did you spend talking about

7  that?

8     A.   As I said, I think I probably -- I don't

9  remember the exact number of minutes, but it should

10 be a few minutes.  Then I was asking him his view,

11 and he tried to answer my question.

12    Q.   You said one of the things you talked about

13 was that the hardware is important.  What did you

14 say about the importance of the hardware?

15    A.   I mean, there are a lot of platforms to --

16 to run the autonomous driving technology; right?  So

17 I -- I'm saying if you -- if you really want to

18 achieve real autonomous driving, it's important to

19 have a very powerful computation platform.  That's

20 what I meant.

21    Q.   Did you talk about the specifics of what

22 a -- what a powerful computation platform looks

23 like?

24    A.   No, I'm not an expert in that area.

25    Q.   Did you talk about specifics on any of these

1  various components of what it takes to make

2  self-driving cars possible for mass production?

3          MR. CONRAD:  Objection.  Vague as to

4  specifics.

5          THE WITNESS:  No.  I mean, I could -- I -- I

6  think I was not even able to because those are very

7  long-term goals.  If I know how to do it, I would be

8  a superstar in this industry.

9  BY MR. NORTON:

10     Q.   So after you met with Xiaopeng, then you met

11 with Xinzhou; is that right?

12     A.   Yes.

13     Q.   And that was also an hour?

14     A.   Yes, I think so.

15     Q.   All right.  And then in that conversation

16 did you also share your views on how to realize

17 self-driving?

18     A.   I believe so.  I mean, part of our

19 conversation.

20     Q.   With either Xiaopeng or Xinzhou in this

21 meeting, this December 7 meeting, did you talk about

22 your work at Tesla?

23     A.   I mean, they asked -- asked me, like, which

24 team I'm working on, what's the role of that team,

25 but they did not ask me specifically, like, my work

1  at Tesla.

2       Q.    Did you talk about other people who -- other

3  personnel at Tesla?

4       A.    Excuse me?  What's --

5       Q.    Did you talk about other personnel at Tesla?

6       A.    The person I talked to, like, I listed on

7  this -- this list.

8       Q.    No.  I'm sorry.  When you were meeting with

9  the XMotors employees, did you discuss other Tesla

10 team members who worked on Autopilot?

11      A.    I believe -- I'm very sure I didn't.

12      Q.    That you did not?

13      A.    I did not.

14      Q.    Then you met with Zhiguang in the afternoon?

15      A.    Yes.

16      Q.    And that's a -- that was about a 30-minute

17 meeting, according to the itinerary.  Does that

18 sound right?

19      A.    Yes.

20      Q.    And do you recall that meeting?

21      A.    Yes.

22      Q.    Again, did you talk about your work at

23 Tesla?

24      A.    No.  I -- what I talked was what I -- I was

25 planning to, as I said, to share my own personal

1  view on autonomy driving, and he shared their work

2  on -- on the intelligent parking.

3      Q.   Just -- there is a reference in the

4  participants of XMotors; one person is Rick.  You

5  see during -- for lunch you had lunch with a person

6  named Rick?

7      A.   Yes.

8      Q.   Do you recall what Rick's last name is?

9      A.   It might be "Dean," but I don't remember

10  exactly.

11      Q.   And there is a reference also to a meeting

12  in the evening with Brian.  Do you recall Brian's

13  last name?

14      A.   Brian's last name is "Gu," G-u.

15      Q.   G-u?  Brian Gu?  Okay.

16          And then in the evening you had dinner,

17  meeting again with Xinzhou?

18      A.   It turned out he was busy, so I just had

19  dinner myself in the hotel.

20      Q.   All right.  So you were there for a full

21  day.  In the course of your meeting at XMotors on

22  December 7, did you have occasion to talk about any

23  specifics of your work at Tesla?

24      A.   No.  I was asked, like -- these people

25  generally asked what team I was in and what's the

1    role of the team and -- and, I mean, they did ask

2    some, like, what capability of Tesla car currently,

3    what prior feature, which I was very sure it's

4    public information, like, a feature -- some of the

5    feature, like ACC, LCC.  I told them what is -- what

6    are the features of the Tesla vehicle.

7         Q.   Did you share with the people you're meeting

8    with any things that were under development but were

9    not yet public?

10        A.   I -- I'm very sure I didn't.  I actually was

11   very cautious to not share anything.  As I said, I

12   tried, like, intentionally not bring any computer or

13   anything with me.

14        Q.   How many XMotors employees did you meet with

15   over the course of the day?

16        A.   I think the person I'm talking to, I mean,

17   with some real conversation are the list of these

18   people.  But on the way I met -- I may say "Hi" and

19   I saw some -- some people.  I guess you didn't want

20   me to include those.  I mean, in the hallway -- I

21   don't even know them -- like, people say "Hi."

22        Q.   After you finished your meeting at XMotors,

23   what did you do next?  You had dinner, but then at

24   the end of that day, what did you do the next day?

25        A.   I went back to my room and sleep.

1    Q.   Okay.  And then after that?

2    A.   That's it.  That's the next day.

3    Q.   I'm sorry?

4    A.   Then it's the next day.

5    Q.   Right.  Then what did you do?

6    A.   I -- I think -- I think I -- I spend

7  another, like, a couple hours at XMotors.  It was --

8  it was not arranged, but -- but since I had extra

9  time, I just went back.

10        I think I talked to Zhiguang a little bit.

11  Then everyone was busy.  I was left in the

12  conference room before I -- I -- before I need to go

13  to airport to meet my flight.

14    Q.   Again, so in that -- when you went back to

15  XMotors and you met with Zhiguang, did you talk

16  about your work at Tesla?

17    A.   No.

18    Q.   And then you went to the airport.  And where

19  did you go from the airport?

20    A.   I went back to see my parents, because I

21  haven't seen them for quite a while.

22    Q.   Okay.  And how long were you visiting your

23  parents?

24    A.   I went -- I arrived, like, sometime before

25  the evening.  Then I stayed there the --

 1  tried plotting something -- plotting something.  I

 2  always sort of --

 3           (Clarification requested by Reporter.)

 4           THE WITNESS:  Plot, plotting anything.  So I

 5  believe it was, like, just instantaneous decision.

 6  I want -- I thought that that would be a good idea

 7  to put it on the USB drive.

 8           (Clarification requested by Reporter.)

 9           THE WITNESS:  Would.  Would.  Yes.

10  BY MR. NORTON:

11      Q.   How did you -- so you had source code on the

12  thumb drive.  What did you -- at the time you

13  decided to leave Tesla, what did you do with that

14  source code?  Or let me ask:  What did you do with

15  the thumb drive?

16      A.   So around the -- could you repeat your

17  question.

18      Q.   What did you do with the SanDisk Cruzer

19  thumb drive?

20      A.   So around the -- the time I decided to

21  accept the -- the -- the offer, I start deleting all

22  Tesla information from my personal devices, so I --

23  I destroyed the thumb drive.

24      Q.   Specifically how did you destroy it?

25      A.   I used a hammer.  Like, I smashed the hard

1  drive, and I even, like, flushed the broken pieces

2  in my toilet, because I didn't want anyone to knew I

3  ever stored Tesla information.

4      Q.   Given that you simply hit Command --

5           MR. CONRAD:  I'm sorry.  The transcription

6  is "that I had ever stolen Tesla information."  What

7  he was said was "stored Tesla information."

8           MR. NORTON:  It should be "stored."  That

9  was the testimony.

10  BY MR. NORTON:

11      Q.   When you wanted to get rid of the entire

12  source code repository that was on your computer,

13  you hit Delete --

14      A.   Yes.

15      Q.   -- right?  Why didn't you simply delete the

16  information on the thumb drive?

17      A.   Because I -- I mean, my -- the whole goal of

18  the deletion was to try to protect the Tesla

19  information.  I did not want anyone be able to

20  access.  I didn't want -- even want anyone to know I

21  ever downloaded or saved Tesla information on my

22  personal devices.  So the goal was just deleted

23  that, delete and destroy the thumb drive.  At that

24  time I thought that would be best, most safe option

25  for me at that time.

```
 1       Q.    Had you -- in your prior employment at your
 2   prior work, had you ever had occasion to destroy a
 3   hard drive using a hammer?
 4       A.    No.
 5       Q.    This is the first time you ever destroyed
 6   valuable computer technology or software by using a
 7   hammer?
 8       A.    Yes.  But this was also the first time I
 9   stored any personal, like, company information on my
10   personal devices.
11       Q.    And you felt that the best way to protect
12   the information from Tesla was to smash the hard
13   drive with a hammer?
14       A.    It was not hard drive.  It was, like, this
15   little USB.
16       Q.    It's a thumb drive?
17       A.    A thumb drive, yes.
18       Q.    All right.  And so where were you when you
19   smashed it with a hammer?
20       A.    At home.
21       Q.    All right.  And was anybody else there?
22       A.    No.
23       Q.    In which room of your house were you in?
24       A.    I believe it was in the -- I smashed in --
25   in the -- let me try to recall exactly.  I believe
```

1  it was in the kitchen, yeah.

2      Q.    Where in the kitchen?

3      A.    In the -- on the island of the kitchen.

4      Q.    What's your island made of?

5      A.    Stone.  Stone.

6      Q.    So you -- you -- you placed -- the SanDisk,

7  it's like a little piece of plastic --

8      A.    Yeah.

9      Q.    -- the size of my thumb; right?

10     A.    Yes.

11     Q.    And what kind of hammer is this?

12     A.    Like -- like, the metal, the hammer, like,

13  this big.

14     Q.    A steel hammer?

15     A.    Yes.

16     Q.    They're used to drive nails?

17     A.    Yes.

18     Q.    All right.  And this is a hammer you have in

19  your house?

20     A.    Yes.

21     Q.    And you set this thumb drive on your --

22     A.    Yeah.

23     Q.    -- just directly on the stone countertop?

24     A.    Yes.

25     Q.    How many times did you have to hit it?

1      A.   I hit it, like -- I think, like, two or

2  three times, I believe.

3      Q.   All right.  And then what happened?

4      A.   It -- the -- it -- the -- it broke into

5  pieces.  I also hit the -- the -- I mean, after it

6  hit -- broke into pieces, I also hit the -- the

7  circuit part of that.

8      Q.   The actual part that stores the

9  information --

10     A.   Yeah.

11     Q.   -- not --

12          (Clarification requested by Reporter.)

13          THE WITNESS:  Yeah.  The -- the -- the

14  actual -- the part that actually store the pieces,

15  because I -- I remember the first time I --

16          MR. CONRAD:  Circuit board.

17          THE WITNESS:  -- I hitted that the cover

18  fell -- fell off then I hitted that so --

19  BY MR. NORTON:

20     Q.   So first you broke the plastic cover?

21     A.   Yes.

22     Q.   And then you say you took another swing with

23  the hammer?

24     A.   Yeah.

25     Q.   All right.  And this is still sitting on top

 1   of your -- your stone kitchen counter at home?

 2       A.   I don't know.  It was still sitting there

 3   but I basically put it back and hit it again.

 4       Q.   And how many pieces did you have?

 5       A.   You mean the -- the whole thing?  The -- all

 6   the pieces?  I don't remember.  Probably, like, four

 7   or five pieces, I would say.

 8       Q.   All right.  And then help me.  You flushed

 9   them down the toilet?

10       A.   Yes.

11       Q.   Why?

12       A.   It probably sounds -- now, looking back, it

13   was something -- like, a stupid thing to do.  I

14   mean, the whole thing, smash it, was the stupidest

15   thing to do.  But at that time I -- I was -- I

16   thought it was the best way because even, like, the

17   pieces of the circuit, when it goes to trash, maybe,

18   like, someone would get it.  I -- so I just thought

19   it with passing totally get rid of it.

20       Q.   You have a Ph.D. in electrical computer

21   engineering; right?

22       A.   Yes.

23       Q.   In all your course work, did you ever come

24   across any ways of removing -- of deleting

25   information from computer systems short of

1  destroying them?

2      A.   Sorry.  Could you repeat.

3      Q.   In all -- in all your studies up to getting

4  a Ph.D. and then your professional work since, did

5  you ever come across ways of removing information

6  from storage devices short of destroying them?

7      A.   I still did not get the last piece of the

8  sentence.

9      Q.   I'm just -- the thing I'm struggling with,

10 right, because you're a -- you're a very

11 sophisticated, very well-educated person whose

12 specialty is electrical computer engineering; right?

13 And it is hard to believe -- it is frankly very hard

14 to believe that you concluded that the best way

15 to -- to remove information from a storage medium --

16 right? -- an electronic, a computer device was to

17 hit it with a hammer.

18           In all of your experience and studies, did

19 you ever come across any better way to simply remove

20 information from a thumb drive?

21      A.   I mean, at that time I did not think very

22 carefully.  The whole thing, I never -- I mean, if I

23 was actually trying -- intentionally try to do

24 something really bad, I would actually not do this

25 kind of stupid thing.  I agree.  Looking back, it's

1   kind of stupid.

2           But at that time I didn't think much.   I

3   just -- I feel like I didn't want anyone see this

4   even like with any -- any possibility, so I -- I

5   mean, now you charge me on that.   I agree that was a

6   stupid thing.   But that was the truth.   I -- at that

7   time I just thought, "Okay.   Even these pieces may

8   go to, like" -- I mean, you are talking about the

9   hammering part.   Because I didn't want anyone see

10   that if that still has any information on it.

11       Q.   And you never considered simply handing that

12   thumb drive to Mr. Karpathy?

13       A.   I didn't, because I thought I deleted

14   everything; I -- I should be fine.   I mean, I did

15   not take any Tesla stuff with me when I leave Tesla,

16   and I never shared anything with anyone.   So I

17   thought if I get rid of them, why did I bother to do

18   anything?

19           Also another fact is when anyone left Tesla,

20   I mean, except that we were told to turn in the --

21   the MacBook, no one were asked to turn in iPhone or

22   cloud storage space.   I mean, now, I'm getting

23   whomped in this case.

24           (Clarification requested by Reporter.)

25           THE WITNESS:   Or account for personal cloud

 1  sp- -- storage space.  I -- now, I mean, looking

 2  back, I -- I acknowledged I did a stupid thing, but

 3  I was punished.  Like, my whole family were almost

 4  destroyed, and I did not do anything trying to

 5  damage Tesla and benefit.

 6          I agree I did -- because I did not think,

 7  carefully try to plot -- plot some- -- something

 8  really bad.  I just thought -- I mean, it's stupid;

 9  right?  I uploaded a file and -- for convenience at

10  the time.  When I leave Tesla, I tried to get rid of

11  that.  A big reason was actually I'm joining a

12  Chinese company, and the risk I mentioned -- now it

13  actually did become a risk, but I tried to get rid

14  of that at that time.  I thought I just hammered

15  that.

16          Maybe I -- I didn't want to -- I think

17  maybe -- I now recall that I probably was also

18  worried if I connect it back maybe it will, like,

19  contaminate my computer again.  But I don't know

20  what I was thinking at that time.

21  BY MR. NORTON:

22      Q.   I'm trying to let you say what you feel you

23  need to say, but I'm going to interrupt you.  Is

24  that something that -- the thing you just said, is

25  that something that you thought about at the time --

 1  place to break.

 2          MR. CONRAD:  That's fine.  I'm going to use

 3  the bathroom so I'm going to step out.  The witness

 4  can stay here.

 5          MR. NORTON:  Okay.  Let's --

 6          MR. CONRAD:  Can we go off the record if the

 7  witness stays in the room?

 8          MR. NORTON:  Sure.

 9          THE VIDEOGRAPHER:  This is the end of

10  file 10.  We are off the record at 6:01 p.m.

11          (Off the record.)

12          THE VIDEOGRAPHER:  This is start of file 11.

13  We are back on the record at 6:04 p.m.

14          MR. CONRAD:  Let the record reflect that I

15  and Ms. Kipnis left the room to use the rest room,

16  but Mr. Cao did not and stayed in the room.

17          MR. NORTON:  Agreed.

18  BY MR. NORTON:

19      Q.   You testified earlier today that the SanDisk

20  Cruzer USB was the only SanDisk Cruzer USB drive

21  that you had.  Do you recall that?

22      A.   I -- I -- yes.

23      Q.   The forensic information we have is that a

24  SanDisk Cruzer USB was plugged into your XMotors

25  laptop.

1     A.   I --

2     Q.   Can you provide me any explanation of when

3  you would have plugged a SanDisk Cruzer USB into

4  your XMotors laptop?

5     A.   This -- I could not believe this is true.

6  I --

7     Q.   Let me ask you this.  Have you put -- have

8  you used any external storage devices with your

9  XMotors work laptop from the time you started in

10 January 14, 2018 -- -19 through the last time you

11 had access to that computer?

12    A.   I -- I mean, there are, like -- like,

13 external, like, cable, mouse, those kind of thing I

14 believe I connected to my XMotors computer.  But

15 what you are telling me is something completely out

16 of my mind.  You were saying I connected my thumb

17 drive to the --

18    Q.   What I'm telling you is that the forensic

19 information that we have is that a SanDisk Cruzer

20 USB was connected to the Tesla -- to the XMotors

21 laptop that was provided to us in discovery by

22 XMotors.  You've told me that you only had one such

23 drive.

24    A.   Yes.

25    Q.   Can you help me understand why we would see

1  that.

2      A.    It -- it -- I'm very sure it was not my

3  SanDisk thumb drive.  I -- I mean, I don't know.

4  Maybe -- maybe at work people bring me some data and

5  plug it into my MacBook to show me something.  If

6  that, what you said, is true, I swear that must be

7  the case, because I'm very certain I've never

8  plugged the thumb drive into XMotors computer.

9      Q.    Let's do this.  Have you ever -- to your

10  recollection, have you ever used an external storage

11  device -- storage device with your XMotors computer?

12      A.    I -- before this date I -- I was -- I

13  thought I was sure I never used any external devices

14  on my XMotors computer.  But if what you said is the

15  truth, I mean, if what you said is the truth, then I

16  could not argue with the truth.

17          But -- but I -- this, it's completely a

18  shock to me, because I did not remember that, and

19  I'm very, very sure it was not my thumb drive.  It

20  must be some -- when I discuss something, some

21  people, like, try to show me something.  I think

22  then it got plugged.  And you are saying that was

23  also a SanDisk thumb drive.  I'm very shocked,

24  honestly.

25      Q.    And I understand your explanation.  Do --

1  again, let me ask:  Do you have a specific

2  recollection of someone actually bringing you

3  something and asking you to look at it that was on

4  an external drive?  Or is that -- it's fine if it's

5  your best guess, if that's your best guess.  But I

6  need to know if it's your best guess or if it's a

7  memory.

8      A.    It's -- I would say it's a best guess

9  because I have no memory of I connected any device

10  to -- to my XMotors -- any storage device to my

11  XMotors computer.  I'm honestly very, very shocked.

12  And -- and it was also SanDisk hard drive.  This --

13  I mean, I -- I firmly believe I did not bring any

14  Tesla information, any source code to XMotors.

15          But what you said sounds -- making me really

16  difficult to argue, because -- in the connect the

17  hard- -- thumb drive was also SanDisk hard drive.

18  I'm -- honestly, I can understand your concern,

19  but -- but I -- I don't know what I can do to

20  convince you it was not thumb -- that thumb drive.

21      Q.    I've heard you, and I do have more

22  information.  So if there's anything you want to

23  share on the SanDisk drive, by all means tell me.

24  Otherwise, I want to go to the next fact of concern.

25      A.    Is there a way to find out the serial number

1  of the Tesla source code that was on the iMac that

2  you deleted -- well, first, that you deleted off of

3  your iMac.  Did you delete all of the Tesla

4  repositories off of your iMac?

5      A.   That's what I believe at that time.

6      Q.   Right.  And then at any point after

7  January 4th, 2019 -- so you've left Tesla -- there

8  was ever a day after January 4th, 2019, where you

9  realized, "Oh, I didn't delete everything.  Here is

10  some more source code still on my computer.  I need

11  to delete that too."  Did that ever happen?

12      A.   No.

13      Q.   Okay.  The forensic information shows that

14  there's a Time Capsule backup.  The Time Capsule

15  backup from February 3rd, 2010 -- I'm sorry --

16  February 3rd, 2019 indicates that on that date,

17  February 3rd, 2019, there was a copy of ACDC.zip in

18  an iCloud directory not deleted on your iMac.  There

19  is no similar Time Capsule backup until March 10th,

20  2019.  By March 10th, 2019, there is no record of

21  that file existing in an iCloud directory or in a

22  Trash directory.

23      A.   You are talking about the iCloud, the online

24  iCloud Drive or --

25      Q.   So there is a -- the Seagate Time Capsule

1  backup --

2     A.   Uh-huh.

3     Q.   -- indicates that there was an undeleted

4  copy -- in an iCloud directory there was an

5  undeleted copy of ACDC.zip still on your iMac on

6  February 3rd, 2019.  However, the March 10th backup

7  indicates that by then it is gone.  And that is

8  inconsistent with -- if true, that is inconsistent

9  with what you have told me about what you -- when

10  you deleted things and what you deleted.

11     A.   Let me explain.  I believe it was the case

12  that my computer was actually never turned on during

13  that period -- time period.  I don't know if there's

14  a way to -- to -- to confirm that, but I believe

15  that that were the case, because I did all the

16  deletion.  I remember correctly.

17          I hope we can find information to show,

18  because once I joined XMotors, I remember I was very

19  busy.  I was sick for the whole time period.  And

20  I -- I believe the iMac was turned off also.  I

21  think that seemed to me was what happening.

22     Q.   So let's walk through this.  All right?  And

23  I don't think that what you just said is an adequate

24  explanation of what we are trying to solve.

25     A.   Okay.

1       Q.    What you told me was that you deleted all --

2       A.    First, I appreciate you -- you telling me

3  all -- all the forensic information, so I try my

4  best to recall all of the scenario.

5       Q.    You testified that you deleted the iCloud

6  files in December.

7       A.    Yes.

8       Q.    As you now know -- perhaps knew then, but

9  you testified you have since learned iCloud files

10  remained on the computer for some period of time in

11  a Trash directory?

12      A.    Yes, because after this litigation were

13  initiated and after forensic inspection was

14  conducted, I got to know the fact, like, even you

15  deleted a file, like, whichever way you've deleted,

16  which I don't remember, even Apple claimed you

17  deleted them permanently, they still actually

18  push -- push the file to a local invisible

19  directory.

20           So I -- that was a shock to me after this

21  litigation.  So Apple actually pushes those files to

22  the local Trash directory without notifying the

23  user.  They were telling the user they were

24  permanently deleted.  So, I mean, this all -- I

25  understand all this makes my --

1    Q.    Please continue.

2    A.    I mean, that, I'm very sure, was what

3  happening from on my side.

4    Q.    I understand.  You're a little ahead of me,

5  though.  Okay?

6    A.    Excuse me.

7    Q.    You are a little bit ahead of me, though, so

8  bear with me.  Taking you at your word that you

9  deleted all those files off iCloud --

10    A.    Yeah.

11    Q.    -- in late December 2018 -- right? -- and

12  with -- taking you at your word that you were

13  unaware that those files remained on the computer

14  for another 30 days -- right? -- I still have a

15  problem.

16    A.    Uh-huh.

17    Q.    I want to explain to you what that problem

18  is.

19    A.    Okay.

20    Q.    If you deleted all the files in December and

21  they went to the Trash directory and they only

22  stayed there for 30 days, do you agree that 30 --

23  that by the end of January we should not see any of

24  those files on your computer any longer?

25    A.    I -- I think that was what Apple claimed,

1  but that was clearly not the case.  Depending --

2  that's my understanding was not the case in what

3  actually happened to iCloud Drive.  Even after

4  30 days the -- I think they still push the file to

5  a local Trash folder.  That's, unfortunately,

6  what the --

7      Q.   Right.  So --

8      A.   -- the Apple system.

9      Q.   -- stay with me now.  So more than 30 days

10 after you've testified you deleted the source code

11 repositories, more than 30 days later -- now we're

12 all the way up to February 3rd.  Okay?  And your

13 Time Machine backup says that there's an undeleted

14 copy, never deleted or at least not deleted on

15 February 3rd, still in your iMac in a directory --

16 not Trash; an iCloud directory that is not Trash.

17 Okay? -- on February 3?

18     A.   So that was in the Time Machine; right?  So

19 I -- I believe what the case, I mean, my -- I try my

20 best to explain.  I believe what was true is clearly

21 in my iCloud Drive, I mean, I -- from other evidence

22 on MacBook Pro, I did deleted those files.  Why

23 there is still a file in my iCloud Drive in my iMac,

24 I believe it was -- I think -- I mean, I'm not a

25 forensic expert.  I think --

1      Q.   I'm not asking you about -- I'm asking you

2  to tell me what you did that would help me

3  understand what's happening.

4      A.   I think the truth is I didn't do anything.

5  It's probably most likely because the -- the --

6  the -- I don't know how often the Time Machine back

7  up stuff, but probably before the iMac was

8  synchronized with my iCloud, the backup, the --

9  at -- before that -- before the synchronization

10 happened, I -- I think very likely that were the

11 case, because otherwise it's not consistent.

12          It's not -- it's in my iMac drive, iCloud

13 Drive, but it's not in my MacBook iCloud Drive,

14 because once I started -- once I left Tesla, my

15 recollection is I was -- started using the MacBook

16 Pro.  And the -- and the forensic information showed

17 the iCloud Drive started to sync with my own iCloud

18 Drive.  So I clearly deleted that.

19          I think why it was there in my Time -- Time

20 Machine, I think it was backed up the status before

21 I turned off the -- the iCloud -- my iMac.  Then --

22 then in -- probably in February, late February, I

23 turned on my -- my iMac.  Then they start sync --

24 iCloud Drive start synching to my iCloud.

25     Q.   So -- so --