# EXHIBIT 22

Turetzky Exhibit 21 – Excerpts of guacao_imessage (Excerpts).xlsx ("The Translated iMessage Spreadsheet")

**Excerpt of Conversation Between Guangzhi Cao and Yue Wu**

| Service | Direction | Date | Content | Subject | Sender |
|---------|-----------|------|---------|---------|--------|
| iMessage | Outgoing | 2018-12-16 04:25:52 (UTC | I don't want to be fired in advance. | | Self ( guangzhicao@gmail.com ) |
| iMessage | Outgoing | 2018-12-16 04:25:39 (UTC | Please help me keep my secrets when I go to Xiaopeng. Chen Duo already asked me, and if you continue this way, people from Tesla will know soon. | | Self ( guangzhicao@gmail.com ) |

**Excerpt of Conversation Between Guangzhi Cao and Duo Chen**

| Service | Direction | Date | Content | Subject | Sender |
|---------|-----------|------|---------|---------|--------|
| iMessage | Outgoing | 2018-07-12 05:29:54 (UTC | Xiaopeng has problems, no surprise | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-12 04:59:57 (UTC | They may have trouble in their U.S. office | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-12 04:59:40 (UTC | It seems Xiaopeng likes to recuite people from these companies | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-12 04:59:25 (UTC | may be the same | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Outgoing | 2018-07-12 04:59:01 (UTC | SPG | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-12 04:52:01 (UTC | From that group in Apple？ | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Outgoing | 2018-07-12 04:22:15 (UTC | Also from Purdue | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Outgoing | 2018-07-12 04:21:51 (UTC | Yes, this person went back because of this | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-12 02:27:31 (UTC | You mean recently? | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Outgoing | 2018-07-12 02:26:59 (UTC | One I know who joined Xiaopeng from apple has already returned to China, and I think this person may not want to come back to the US in the near future | | Self ( guangzhicao@gmail.com ) |
| iMessage | Outgoing | 2018-07-11 03:50:01 (UTC | very possible | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-11 03:39:39 (UTC | It's impossible to give you a title of ordinary engineer, and you will risk to get those many documents | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-11 03:39:24 (UTC | I guess they agreed on the price before to get the documents | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Outgoing | 2018-07-11 03:30:48 (UTC | It has made a bad impression for all Chinese people | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Outgoing | 2018-07-11 03:30:35 (UTC | The office here may be closed | | Self ( guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-11 03:14:07 (UTC | This incident is expected to affect Xiao Peng Automobile's US office | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-11 00:28:59 (UTC | This report has so many details | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Outgoing | 2018-07-11 00:27:48 (UTC | Have some friends there, this will affect them definitely | | Self ( e:guangzhicao@gmail.com ) |
| iMessage | Outgoing | 2018-07-11 00:27:37 (UTC | Glad I did not go to Xiaopeng, so risky | | Self ( guangzhicao@gmail.com ) |
| iMessage | Incoming | 2018-07-11 00:27:04 (UTC | The most detailed report so far | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-11 00:26:59 (UTC | Do not know | | Duo Chen ( (408) 784-4174 ) |
| iMessage | Incoming | 2018-07-11 00:26:58 (UTC | https://www.theverge.com/2018/7/10/17556034/fbi-apple-trade-secrets-xpeng-self-driving | | Duo Chen ( (408) 784-4174 ) |