UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>GUANGZHI CAO,<br><br>       Defendant. | Case No. 19-cv-01463-VC<br><br>**ORDER RE OPPOSITION BRIEF**<br><br>Re: Dkt. No. 47 |

    Tesla's brief in opposition to the motion to quash is too long, in violation of this Court's standing order. Tesla is ordered to re-file its brief within 3 days of this order.

    **IT IS SO ORDERED.**

Dated: April 20, 2020

_____
VINCE CHHABRIA
United States District Judge