Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Ste 106
Oakland, California 94607
Tel:   (510) 906-4900
Fax:   (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

Attorneys for Plaintiff TESLA, INC.

Mark R. Conrad (SBN 255667)
Gabriela Kipnis (SBN 284965)
CONRAD & METLITZKY LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
mconrad@conradmetlitzky.com
gkipnis@conradmetlitzky.com

Attorneys for Defendant GUANGZHI CAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 3:19-cv-01463-VC |
| Plaintiff, | **JOINT REPORT RE ADR** |
| v. | |
| GUANGZHI CAO, an individual, | |
| Defendant. | |

1  In accordance with this Court's General Order for Pending Civil Cases Before Judge Vince Chhabria (Dkt. No. 89), on August 18, 2020, counsel for Plaintiff Tesla, Inc. and Defendant Guangzhi Cao met and conferred regarding the prospect of resolution and the matters raised in the General Order.

**Tesla's Statement:** Plaintiff Tesla, Inc. believes that this trade secret misappropriation and breach of contract case is not a good candidate for settlement discussions at this time.  On May 27, 2020, the Court ordered the employer of defendant Cao, third-party XMotors.ai, Inc., to produce its source code, source code logs, and forensic images of laptops assigned to Cao's colleagues at XMotors.  Tesla and XMotors disagreed about how XMotors should produce this discovery.  Magistrate Judge Westmore resolved those disputes in orders issued on June 29, 2020 and July 24, 2020.  Nevertheless, as of this filing, XMotors has not produced its source code, source code logs, or ten of the fourteen responsive forensic images.  The parties agree that settlement discussions would not be productive before XMotors produces and the parties have an opportunity to review the discovery subject to the Court's May 27, 2020 Order.

**Cao's Statement:** Defendant Guangzhi Cao believes that the case can and should be resolved immediately and stands ready to engage in further settlement discussions.  (The parties previously attended a mediation in November 2019, which did not result in a resolution of this matter.)

*****

The parties agree that, in light of their current respective positions, the case is unlikely to benefit from assistance by a Magistrate Judge or the Court's ADR program at this time.

Counsel for the parties certify that they have shown a copy of the General Order to their respective clients.

Date: August 27, 2020                              Respectfully submitted,

CONRAD & METLITZKY LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD
GABRIELA KIPNIS
Attorneys for Defendant Guangzhi Cao

| | |
|---|---|
| Date:  August 27, 2020 | THE NORTON LAW FIRM PC |
| | */s/ Fred Norton* |
| | FRED NORTON |
| | BREE HANN |
| | MATTHEW W. TURETZKY |
| | Attorneys for Plaintiff Tesla, Inc. |

## DECLARATION OF CONSENT

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated: August 27, 2020         /s/ Matthew Turetzky
                               Matthew Turetzky