UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>GUANGZHI CAO,<br><br>             Defendant. | Case No.  19-cv-01463-VC<br><br>**ORDER GRANTING TESLA'S MOTION TO EXTEND CASE DEADLINES**<br><br>Re: Dkt. Nos. 86, 87 |

Tesla's motion to extend the case deadlines is granted. The new deadlines are as follows:

- Fact discovery deadline: Nov. 13, 2020
- Designation of experts: Jan. 15, 2021
- Rebuttal reports: Feb. 19, 2021
- Close of expert discovery: Mar. 12, 2021
- Last day to hear dispositive motions: Apr. 1, 2021
- Final Pretrial Conference: May 11, 2021
- Trial: May 24, 2021

**IT IS SO ORDERED.**

Dated: September 8, 2020

VINCE CHHABRIA
United States District Judge