Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Nathan L. Walker (SBN 206128)
Matthew W. Turetzky (SBN 280997)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 106
Oakland, California 94607
Tel: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
nwalker@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Plaintiff*
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GUANGZHI CAO, an individual,<br><br>    Defendant. | CASE NO. 19-cv-01463-VC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY TESLA, INC. AND XMOTORS.AI, INC. TO ENLARGE TIME FOR THE DEPOSITIONS OF XMOTORS.AI, INC. AND ITS EMPLOYEE XINZHOU WU** |

Having considered the Unopposed Motion by Tesla, Inc. to Enlarge Time for the Depositions of XMotors.ai, Inc. and Its Employee Xinzhou Wu (the "Motion"), and good cause shown, IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The time for Tesla to take the two depositions listed below is extended to December 4, 2020
   - Deposition of XMotors.ai, Inc.
   - Deposition of Xinzhou Wu in his individual capacity.

3. The remainder of the schedule is unchanged by this Order and is set forth below:
   - Fact discovery deadline: Nov. 13, 2020
   - Designation of experts: Jan. 15, 2021
   - Rebuttal reports: Feb. 19, 2021
   - Close of expert discovery: Mar. 12, 2021
   - Last day to hear dispositive motions: Apr. 1, 2021
   - Last pretrial conference: May 11, 2021
   - Trial: May 24, 2021

4. Per paragraph 11 of the Court's Standing Order, the Court notes the following:
   - The parties had previously requested extensions by stipulation twice, which the Court granted.
   - Tesla had previously requested an extension by motion once, which the Court granted.
   - The Court has not prohibited further extensions.

**IT IS SO ORDERED.**

Date: October 27, 2020



Hon. Vince Chhabria
United States District Judge