UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>GUANGZHI CAO,<br><br>        Defendant. | Case No. 19-cv-01463-VC<br><br>**ORDER REQUESTING RESUBMISSION OF PROPOSED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 105 |

Within 7 days of this order, the parties are ordered to refile the proposed second amended protective order at Dkt. No. 105 with a redline comparison of their proposed order and the Northern District's model order, in accordance with the Court's standing orders for civil cases ¶ 23, and a redline comparison of the proposed second amended order and the first amended protective order at Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: November 5, 2020

_____
VINCE CHHABRIA
United States District Judge