# Exhibit A

Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Ste 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Plaintiff*
TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 19-cv-01463-VC |
| *Plaintiff*, | **PLAINTIFF TESLA, INC.'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT GUANGZHI CAO** |
| v. | |
| GUANGZHI CAO, an individual, | |
| *Defendant*. | |

PROPOUNDING PARTY:     Defendant TESLA, INC.

RESPONDING PARTY:      Plaintiff GUANGZHI CAO

SET NUMBER:            TWO

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Tesla, Inc. ("Tesla") hereby submits the following requests for admission to Defendant Guangzhi Cao ("Cao").

to determine the validity of YOUR objection or claim of privilege; and/or

  b. Provide information responsive to the request to the extent not privileged and set forth all reasons and the underlying factual basis for YOUR objection or claim of privilege in sufficient detail to permit the court to determine the validity of YOUR objection or claim of privilege as to the remainder of the request.

7. Unless otherwise stated, the time period covered by these requests for admission is April 24, 2017 to present.

## DEFINITIONS

1. "TESLA" means Plaintiff Tesla, Inc.

2. "YOU" or "YOUR" means Defendant Guangzhi Cao.

3. "XMOTORS" means XMotors.ai, Inc. or any of XMotors.ai, Inc.'s parents, subsidiaries, or affiliates.

4. "AUTOPILOT SOURCE CODE" means any source code from TESLA's firmware, Autopilot, or neural net source code repositories.

5. "ACCESSIBLE" means retrievable, obtainable, able to be examined, able to be acquired, available, or reachable.  The term ACCESSIBLE should be construed in its broadest possible sense, and includes items made ACCESSIBLE by inadvertence or mistake and items made ACCESSIBLE by remote or virtual means.

6. "SAVE" or "SAVED" means to cause an electronic device to store data of any kind for any period of time, intentionally or unintentionally.

7. "UPLOAD" or "UPLOADED" means to transfer (or to cause to be transferred) data of any kind from one electronic device or account to another electronic device or account via the internet, intentionally or unintentionally.

8. "ICLOUD ACCOUNT" means the Apple iCloud account that YOU described in paragraph 3.h. of YOUR April 5, 2019 Certification By Guangzhi Cao Regarding Electronic Data Sources.

9. "PERSONAL MACBOOK" means an Apple MacBook Pro 13" laptop computer identified as item 2 in Exhibit A of YOUR April 5, 2019 Certification By Guangzhi Cao Regarding Electronic Data Sources.

10. "IMAC" means an Apple iMac desktop computer identified as item 3 in Exhibit A of YOUR April 5, 2019 Certification By Guangzhi Cao Regarding Electronic Data Sources.

11. "TESLA LAPTOP" means an Apple MacBook Pro 15" serial number LUSC02T219UH040 issued to YOU by TESLA for use during YOUR employment at TESLA.

12. "SANDISK CRUZER USB" means the SanDisk USB drive identified on paragraph 5 of the April 5, 2019 Certification By Guangzhi Cao Regarding Electronic Data Sources, and purportedly destroyed by YOU.

13. "XMOTORS LAPTOP" means an Apple MacBook Pro (15-inch, 2018) laptop provided to YOU for YOUR use during YOUR employment with XMOTORS and produced by XMOTORS to Tesla in this litigation.

14. "SEAGATE EXTERNAL HD" means a Seagate SRD00F2 Desktop Expansion Drive 2TB with serial number NA4MYHQZ identified as item 4 in Exhibit A of YOUR April 5, 2019 Certification By Guangzhi Cao Regarding Electronic Data Sources.

## REQUESTS FOR ADMISSION

**Request for Admission No. 22:** Admit that you installed ICLOUD on YOUR TESLA LAPTOP on April 25, 2017.

**Request for Admission No. 23:** Admit that you created a folder on YOUR TESLA LAPTOP called "iCloud Drive (Archive)" on April 25, 2017.

**Request for Admission No. 24:** Admit that you created a folder on YOUR TESLA LAPTOP called "iCloud Drive (Archive) - 1" on March 25, 2018.

**Request for Admission No. 25:** Admit that you created a folder on YOUR TESLA LAPTOP called "iCloud Drive (Archive) - 2" on November 13, 2018.

**Request for Admission No. 26:** Admit that the folder "iCloud Drive (Archive)" that resided on YOUR TESLA LAPTOP contains files that were stored in YOUR ICLOUD ACCOUNT.

**Request for Admission No. 27:** Admit that the folder "iCloud Drive (Archive) - 1" that resided on YOUR TESLA LAPTOP contains files that were stored in YOUR ICLOUD ACCOUNT.

**Request for Admission No. 28:** Admit that the folder "iCloud Drive (Archive) - 2" that resided on YOUR TESLA LAPTOP contains files that were stored in YOUR ICLOUD ACCOUNT.

**Request for Admission No. 29:** Admit that YOU SAVED AUTOPILOT SOURCE CODE in the folder "iCloud Drive (Archive)" on YOUR TESLA LAPTOP.

**Request for Admission No. 30:** Admit that YOU SAVED AUTOPILOT SOURCE CODE in the folder "iCloud Drive (Archive) - 1" on YOUR TESLA LAPTOP.

**Request for Admission No. 31:** Admit that YOU SAVED AUTOPILOT SOURCE CODE in the folder "iCloud Drive (Archive) - 2" on YOUR TESLA LAPTOP.

**Request for Admission No. 32:** Admit that AUTOPILOT SOURCE CODE was synchronized from YOUR ICLOUD ACCOUNT to the folder "iCloud Drive (Archive)" on YOUR TESLA LAPTOP.

**Request for Admission No. 33:** Admit that AUTOPILOT SOURCE CODE was synchronized from YOUR ICLOUD ACCOUNT to the folder "iCloud Drive (Archive) – 1" on YOUR TESLA LAPTOP.

**Request for Admission No. 34:** Admit that AUTOPILOT SOURCE CODE was synchronized from YOUR ICLOUD ACCOUNT to the folder "iCloud Drive (Archive) - 2" on YOUR TESLA LAPTOP.

**Request for Admission No. 35:** Admit that YOU first moved AUTOPILOT SOURCE CODE to YOUR IMAC no later than August 21, 2017.

1  **Request for Admission No. 45:** Admit that the file called ACDC.zip that existed on
2  YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
3  Documents/com~Apple~CloudDocs/" on December 26, 2018 contained AUTOPILOT
4  SOURCE CODE.
5  **Request for Admission No. 46:** Admit that the file called ACDC.zip that existed on
6  YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
7  Documents/com~Apple~CloudDocs/" on January 9, 2019 contained AUTOPILOT
8  SOURCE CODE.
9  **Request for Admission No. 47:** Admit that the file called ACDC.zip that existed on
10 YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
11 Documents/com~Apple~CloudDocs/" on February 3, 2019 contained AUTOPILOT
12 SOURCE CODE.
13 **Request for Admission No. 48:** Admit that, on March 10, 2019, a file named ACDC.zip
14 existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/
15 com~apple~CloudDocs/.Trash/".
16 **Request for Admission No. 49:** Admit that, on March 10, 2019, a directory named
17 ACDC 2 existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
18 Documents/
19 com~apple~CloudDocs/.Trash/".
20 **Request for Admission No. 50:** Admit that, on March 10, 2019, a directory named
21 Autopilot existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
22 Documents/
23 com~apple~CloudDocs/.Trash/".
24 **Request for Admission No. 51:** Admit that, on March 10, 2019, a directory named
25 Autopilotcv-pytorch existed on YOUR IMAC in the folder
26 "/Users/wuyue1987/Library/Mobile Documents/
27 com~apple~CloudDocs/.Trash/".
28

1  **Request for Admission No. 52:** Admit that, on March 10, 2019, a directory named
2  Autopilotcv-pytorch 2 existed on YOUR IMAC in the folder
3  "/Users/wuyue1987/Library/Mobile Documents/
4  com~apple~CloudDocs/.Trash/".
5  **Request for Admission No. 53:** Admit that, on March 10, 2019, a directory named
6  Autopilotcv-pytorch 3.42.08 PM existed on YOUR IMAC in the folder
7  "/Users/wuyue1987/Library/Mobile Documents/
8  com~apple~CloudDocs/.Trash/".
9  **Request for Admission No. 54:** Admit that, on March 10, 2019, a directory named
10 Autopilotcv-tensorflow existed on YOUR IMAC in the folder
11 "/Users/wuyue1987/Library/Mobile Documents/
12 com~apple~CloudDocs/.Trash/".
13 **Request for Admission No. 55:** Admit that, on March 10, 2019, a directory named
14 Firmware.json existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile
15 Documents/
16 com~apple~CloudDocs/.Trash/".
17 **Request for Admission No. 56:** Admit that the file named ACDC.zip that existed on
18 YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/
19 com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE
20 CODE.
21 **Request for Admission No. 57:** Admit that the directory named ACDC 2 that existed on
22 YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/
23 com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE
24 CODE.
25 **Request for Admission No. 58:** Admit that the directory named Autopilot that existed on
26 YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/
27 com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE
28 CODE.

**Request for Admission No. 59:** Admit that the directory named Autopilotcv-pytorch that existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE CODE.

**Request for Admission No. 60:** Admit that the directory named Autopilotcv-pytorch 2 that existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE CODE.

**Request for Admission No. 61:** Admit that the directory named Autopilotcv-pytorch 3.42.08 PM that existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE CODE.

**Request for Admission No. 62:** Admit that the directory named Autopilotcv-tensorflow that existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE CODE.

**Request for Admission No. 63:** Admit that the directory named Firmware.json that existed on YOUR IMAC in the folder "/Users/wuyue1987/Library/Mobile Documents/com~apple~CloudDocs/.Trash/" on March 10, 2019 contained AUTOPILOT SOURCE CODE.

**Request for Admission No. 64:** Admit that, on January 6, 2019, a file named ACDC.zip existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

1 **Request for Admission No. 65:** Admit that, on January 6, 2019, a directory named ACDC existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 66:** Admit that, on January 6, 2019, a directory named ACDC 2 existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 67:** Admit that, on January 6, 2019, a directory named Autopilot existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 68:** Admit that, on January 6, 2019, a directory named Autopilotcv-pytorch existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 69:** Admit that, on January 6, 2019, a directory named Autopilotcv-pytorch 2 existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 70:** Admit that, on January 6, 2019, a directory named Autopilotcv-pytorch 3.42.08 PM existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 71:** Admit that, on January 6, 2019, a directory named Autopilotcv-tensorflow existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 72:** Admit that, on January 6, 2019, a directory named firmware.json existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash".

**Request for Admission No. 73:** Admit that the file named ACDC.zip that existed on YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on January 6, 2019 contained AUTOPILOT SOURCE CODE.

1  **Request for Admission No. 74:** Admit that the directory named ACDC that existed on
2  YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile
3  Documents/com~apple~CloudDocs/.Trash" on January 6, 2019 contained AUTOPILOT
4  SOURCE CODE.

5  **Request for Admission No. 75:** Admit that the directory named ACDC 2 that existed on
6  YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile
7  Documents/com~apple~CloudDocs/.Trash" on January 6, 2019 contained AUTOPILOT
8  SOURCE CODE.

9  **Request for Admission No. 76:** Admit that the directory named Autopilot that existed on
10 YOUR PERSONAL MACBOOK in the folder "/Users/guangzhicao/Library/Mobile
11 Documents/com~apple~CloudDocs/.Trash" on January 6, 2019 contained AUTOPILOT
12 SOURCE CODE.

13 **Request for Admission No. 77:** Admit that the directory named Autopilotcv-pytorch that
14 existed on YOUR PERSONAL MACBOOK in the folder
15 "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on
16 January 6, 2019 contained AUTOPILOT SOURCE CODE.

17 **Request for Admission No. 78:** Admit that the directory named Autopilotcv-pytorch 2
18 that existed on YOUR PERSONAL MACBOOK in the folder
19 "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on
20 January 6, 2019 contained AUTOPILOT SOURCE CODE.

21 **Request for Admission No. 79:** Admit that the directory named Autopilotcv-pytorch
22 3.42.08 PM that existed on YOUR PERSONAL MACBOOK in the folder
23 "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on
24 January 6, 2019 contained AUTOPILOT SOURCE CODE.

25 **Request for Admission No. 80:** Admit that the directory named Autopilotcv-tensorflow
26 that existed on YOUR PERSONAL MACBOOK in the folder
27 "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on
28 January 6, 2019 contained AUTOPILOT SOURCE CODE.

1  **Request for Admission No. 81:** Admit that the directory named firmware.json that
2  existed on YOUR PERSONAL MACBOOK in the folder
3  "/Users/guangzhicao/Library/Mobile Documents/com~apple~CloudDocs/.Trash" on
4  January 6, 2019 contained AUTOPILOT SOURCE CODE.
5  **Request for Admission No. 82:** Admit that YOU created at least one file named
6  ACDC.zip.
7  **Request for Admission No. 83:** Admit that YOU created more than one file named
8  ACDC.zip.
9  **Request for Admission No. 84:** Admit that at least one iteration of ACDC.zip created by
10 YOU contained a file named VisionFramework-Overiew.pptx.
11 **Request for Admission No. 85:** Admit that at least one iteration of ACDC.zip created by
12 YOU contained a file named Autopilot.zip.
13 **Request for Admission No. 86:** Admit that at least one iteration of ACDC.zip created by
14 YOU contained a file named cv.zip.
15 **Request for Admission No. 87:** Admit that Autopilot.zip contains AUTOPILOT
16 SOURCE CODE.
17 **Request for Admission No. 88:** Admit that cv.zip contains AUTOPILOT SOURCE
18 CODE.
19 **Request for Admission No. 89:** Admit that at least one iteration of ACDC.zip that YOU
20 created from April 25, 2017 to present contained AUTOPILOT SOURCE CODE.
21 **Request for Admission No. 90:** Admit that more than one iteration of ACDC.zip that
22 YOU created from April 25, 2017 to present contained AUTOPILOT SOURCE CODE.
23 **Request for Admission No. 91:** Admit that every iteration of ACDC.zip that YOU
24 created from April 25, 2017 to present contained AUTOPILOT SOURCE CODE.
25 **Request for Admission No. 92:** Admit that at least one iteration of ACDC.zip that YOU
26 SAVED on YOUR IMAC contained AUTOPILOT SOURCE CODE.
27 **Request for Admission No. 93:** Admit that more than one iteration of ACDC.zip that
28 YOU SAVED on YOUR IMAC contained AUTOPILOT SOURCE CODE.

1  **Request for Admission No. 94:** Admit that every iteration of ACDC.zip that YOU
2  SAVED on YOUR IMAC contained AUTOPILOT SOURCE CODE.
3  **Request for Admission No. 95:** Admit that at least one iteration of ACDC.zip that YOU
4  SAVED on YOUR IMAC and stored there after January 4, 2019 contained AUTOPILOT
5  SOURCE CODE.
6  **Request for Admission No. 96:** Admit that more than one iteration of ACDC.zip that
7  YOU SAVED on YOUR IMAC and stored there after January 4, 2019 contained
8  AUTOPILOT SOURCE CODE.
9  **Request for Admission No. 97:** Admit that every iteration of ACDC.zip that YOU
10 SAVED on YOUR IMAC and stored there after January 4, 2019 contained AUTOPILOT
11 SOURCE CODE.
12 **Request for Admission No. 98:** Admit that YOU first connected the SANDISK
13 CRUZER USB to YOUR IMAC at some time between November 14, 2018 and
14 December 26, 2018.
15 **Request for Admission No. 99:** Admit that you SAVED ACDC.zip on the SANDISK
16 CRUZER USB using YOUR IMAC at least one time.
17 **Request for Admission No. 100:** Admit that YOU connected the SANDISK CRUZER
18 USB to YOUR XMOTORS LAPTOP at least one time.
19 **Request for Admission No. 101:** Admit that on December 12, 2018, YOU began
20 downloading a file named ACDC.zip from YOUR ICLOUD ACCOUNT to YOUR IMAC
21 using the Apple Safari browser.
22 **Request for Admission No. 102:** Admit that on March 20, 2019, ACDC.zip was
23 ACCESSIBLE to you in a Time Machine backup SAVED on your SEAGATE
24 EXTERNAL HD.
25 **Request for Admission No. 103:** Admit that a Time Machine backup of your IMAC
26 SAVED on your SEAGATE EXTERNAL HD dated February 3, 2019 contains
27 ACDC.zip.
28