Fred Norton (SBN 224725)
Bree Hann (SBN 215695)
Matthew W. Turetzky (SBN 280997)
THE NORTON LAW FIRM PC
299 Third Street, Ste 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

*Attorneys for Plaintiff*
TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 19-cv-01463-VC |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING PLAINTIFF TESLA, INC.'S MOTION TO EXTEND CASE DEADLINES PURSUANT TO FED. R. CIV. PRO. 16(b)(4)** |
| v. | |
| GUANGZHI CAO, an individual, | AS MODIFIED |
| *Defendant*. | |

Case No. 19-cv-01463-VC

PLAINTIFF TESLA, INC.'S MOTION TO EXTEND CASE DEADLINES

# [PROPOSED] ORDER

Having considered Plaintiff Tesla, Inc.'s Motion to Extend Case Deadlines Pursuant to Fed. R. Civ. P. 16(b)(4) filed on December 23, 2020, and the other papers submitted by the parties, and good cause shown, IT IS HEREBY ORDERED:

The case schedule is modified as follows:

| Event | Current date | Revised date |
|---|---|---|
| Designation of experts | Jan. 15, 2021 | Apr. 15, 2021 |
| Rebuttal reports | Feb. 19, 2021 | May 20, 2021 |
| Close of expert discovery | Mar. 12, 2021 | June 10, 2021 |
| Last day to hear dispositive motions | Apr. 1, 2021 | ~~June 30, 2021~~ July 1, 2021 |
| Final pretrial conference | May 11, 2021 | ~~Aug. 9, 2021~~ Oct. 4, 2021 |
| Trial | May 24, 2021 | ~~Aug. 22, 2021~~ Oct. 18, 2021 |

**IT IS SO ORDERED.**

Date: January 13, 2020



APPROVED
Judge Vince Chhabria

Case No. 19-cv-01463-VC

1

PLAINTIFF TESLA, INC.'S MOTION TO EXTEND CASE DEADLINES