1 | Fred Norton (SBN 224725)
2 | Bree Hann (SBN 215695)
    Nathan L. Walker (SBN 206128)
3 | Matthew W. Turetzky (SBN 280997)
    THE NORTON LAW FIRM PC
4 | 299 Third Street, Ste 106
    Oakland, California 94607
5 | Telephone: (510) 906-4900
    Fax: (510) 906-4910
6 | fnorton@nortonlaw.com
    bhann@nortonlaw.com
    mturetzky@nortonlaw.com

*Attorneys for Plaintiff*
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TESLA, INC., a Delaware corporation, | Case No. 19-cv-01463-VC |
| *Plaintiff*, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [L.R. CIV. 6-2]** |
| v. | |
| GUANGZHI CAO, an individual, | Dept.: Courtroom 4 – 17th Floor |
| *Defendant*. | Judge: Hon. Vince Chhabria |

## STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [L.R. CIV. 6-2]

WHEREAS, Plaintiff Tesla, Inc. ("Tesla") and Defendant Guangzhi Cao ("Cao") plan to file motions for summary judgment;

WHEREAS, Tesla and Cao have stipulated to a briefing schedule for cross-motions consistent with the Court's Standing Order for Civil Cases Before Judge Vince Chhabria; and,

WHEREAS, Tesla and Cao's stipulated briefing schedule does not affect the schedule for this case or require any modifications to the case schedule.

NOW, THEREFORE, in accordance with Civil Local Rule 6-2 and Paragraph 39 of the Court's Standing Order for Civil Cases Before Judge Vince Chhabria, the Parties submit this Stipulation and [Proposed] Order Setting Briefing Schedule for Cross-Motions for Summary Judgment. The Parties' stipulated briefing schedule is set forth below:

| Event | Deadline |
| --- | --- |
| Tesla's Motion For Summary Judgment | April 15, 2021 |
| Cao's Opposition And Cross-motion | May 13, 2021 |
| Tesla's Reply And Opposition | June 3, 2021 |
| Cao's Reply In Support Of Cross-Motion | June 17, 2021 |
| Hearing | July 1, 2021 (already set by the Court's Order [Dkt. No. 120]) |

Respectfully submitted,

THE NORTON LAW FIRM PC

Date: March 16, 2021

By: /s/ Fred Norton
Fred Norton

*Attorneys for Plaintiff*
TESLA, INC.

Case No. 19-cv-01463-VC              1
STIPULATION SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMM. JUDGMENT

|  |  |
|---|---|
| Date: March 16, 2021 | CONRAD \| METLITZKY \| KANE LLP<br><br>By: /s/ Mark Conrad<br>Mark Conrad<br><br>*Attorneys for Defendant*<br>GUANGZHI CAO |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: <u>March 17, 2021</u>

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vince Chhabria

Case No. 19-cv-01463-VC

2

STIPULATION SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMM. JUDGMENT