Fred Norton (CA Bar No. 224725)
Bree Hann (CA Bar No. 215695)
Matthew W. Turetzky (CA Bar No. 280997)
**THE NORTON LAW FIRM PC**
299 Third Street, Ste 106
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910
fnorton@nortonlaw.com
bhann@nortonlaw.com
mturetzky@nortonlaw.com

Attorneys for Plaintiff
TESLA, INC.

MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
MIGUEL GRADILLA (CA Bar No. 304125)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
Email: gkipnis@conmetkane.com
Email: mgradilla@conmetkane.com

Attorneys for Defendant
GUANGZHI CAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GUANGZHI CAO, an individual, <br><br> Defendant. | CASE NO. 19-cv-01463-VC <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, FED R. CIV. P. 41(a)(1)(A)(ii)** |

1  WHEREAS, Defendant Guangzhi Cao ("Dr. Cao") was an employee of Plaintiff Tesla, Inc. ("Tesla") from April 2017 until January 2019, after which he became employed by XMotors from January 2019 until August 2020;

WHEREAS, Tesla filed this action against Dr. Cao on March 21, 2019, asserting claims for misappropriation of trade secrets, breach of contract, and breach of the duty of loyalty;

WHEREAS, Tesla claimed in its Complaint that, during his employment at Tesla, Dr. Cao took copies of Tesla's Autopilot-related source code by uploading it to his personal iCloud account and retaining those copies after he resigned from Tesla in January 2019 and began working for XMotors, a competitor to Tesla, in violation of his agreements with Tesla and state and federal law;

WHEREAS, Dr. Cao claimed in response that he tried to delete the source code prior to his departure from Tesla, that any retention of source code by him was inadvertent, and that he did not disclose the source code to, or use it for the benefit of, XMotors or any other third party;

WHEREAS, Dr. Cao admits that during his employment at Tesla he uploaded Tesla's Autopilot source code to his personal, cloud-based storage account; that these source code files were synced or saved on certain personal electronic devices; and that source code was retained on certain personal electronic devices in his possession when Tesla brought this lawsuit;

WHEREAS, Dr. Cao admits that he should not have uploaded Tesla's Autopilot source code to his personal, cloud-based storage account; that the source code should not have been synced or saved to his personal electronic devices; and that he had an obligation to return all Tesla confidential, proprietary, and/or trade secret information in his possession on or before his last day at Tesla;

WHEREAS, Dr. Cao apologizes to Tesla for his actions;

WHEREAS, Tesla and Dr. Cao have entered into a settlement agreement to resolve all claims asserted in this action, the terms of which are confidential but include a monetary payment made by Dr. Cao to Tesla;

NOW, THEREFORE, in light of their settlement, the parties, through undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter shall be and hereby is dismissed with prejudice, each party to bear its fees and costs.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: April 15, 2021 | CONRAD | METLITZKY | KANE LLP |
|   | */s/ Mark R. Conrad*<br>MARK CONRAD<br>Attorneys for Guangzhi Cao |
| Date: April 15, 2021 | THE NORTON LAW FIRM |
|   | */s/ Fred Norton*<br>FRED NORTON<br>Attorneys for Tesla Inc. |

- 3 -

CASE NO. 19-CV-01463-VC                                    JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## **DECLARATION OF CONSENT**

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the document has been obtained from the other signatories to this document.

Date:  April 15, 2021                                              */s/ Mark R. Conrad*
                                                                                  MARK CONRAD